## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## BEAUMONT DIVISION

**EOD**

07/24/2020

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| Alan Wayne Byrd | § | No. 19-10328 |
| xxx-xx-4834 | § | Chapter 13 |
| Tammy Lynn Byrd | § | |
| xxx-xx-7095 | § | |
| 14069 North Lantana | § | |
| Orange, Texas 77632 | § | |
| **DEBTOR(S)** | § | |

### ORDER MODIFYING CONFIRMED CHAPTER 13 PLAN

On June 25, 2020, the Court considered the Motion to Modify Confirmed Chapter 13 Plan (the "Modification Motion") filed on *April 24, 2020* by the Debtors, Alan W. Byrd and Tammy L. Byrd (the "Debtors"). The Modification Motion seeks to modify the terms of the confirmed Chapter 13 plan **[dkt #26 -- as modified by its confirmation order -- dkt #38]** previously entered in the above-referenced case (the "Confirmed Chapter 13 Plan"). The Court finds that appropriate notice of the Modification Motion and the hearing were each properly given pursuant to the Federal and Local Rules of Bankruptcy Procedure. The Court finds that, as set forth on the record in open court, all objections to the Modification Motion have been withdrawn or overruled and that all applicable requirements as set forth in § 1329 of the Bankruptcy Code have been fulfilled. Accordingly, the Court finds that just cause exists for the entry of the following order.

**IT IS THEREFORE ORDERED** that the Motion to Modify Confirmed Chapter 13 Plan filed on *April 24, 2020* by the Debtors, Alan Wayne Byrd and Tammy Lynn Byrd, is hereby **GRANTED,** the Confirmed Chapter 13 Plan is hereby **MODIFIED** in accordance with the provisions set forth in the Modification Motion, as amended by the terms of this Order, and the Chapter 13 Trustee shall adjust his distributions accordingly.

**IT IS FURTHER ORDERED** that, without the necessity of further disclosure to creditors, the Modification Motion is amended in the following manner:

*Section 2.2: Monthly payments are reduced with term extended*
*to 84 months under the provisions of the CARES Act.*

**IT IS FURTHER ORDERED** that all provisions of the Confirmed Chapter 13 Plan not addressed by the Modification Motion or this Order remain in full force and effect.

Signed on 07/24/2020

*Biu Parker*
_____
THE HONORABLE BILL PARKER
CHIEF UNITED STATES BANKRUPTCY JUDGE

APPROVED AS TO FORM & SUBSTANCE:

/s/ Tagnia F. Clark
_____
Tagnia F. Clark, Attorney for Debtor(s)

/s/ Lloyd Kraus
_____
Lloyd Kraus, Chapter 13 Trustee